DOBSON et al., Appellants, v. DR. B. J. KAY MEDICAL CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Lotta S. M. Dobson and Alexandra Sherlock against Dr. B. J. Kay Medical Company. No opinion. Memorandum (72 N. Y. Supp. 1100) amended by adding thereto the words: "Without prejudice to any defense to such taxation, by reason of waiver or otherwise."

DONION, Appellant, v. KIMBALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by Mary C. Donion against Laura M. Kimball and others. No opinion. Order affirmed, with $10 costs and disbursements.

DONOHUE et al., Respondents, v. BIEN, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Joseph J. Donohue, Jr., and another, against Franklin Bien, as trustee. F. Bien, for appellant. W. P. Prentice, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DORFMAN, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Joseph Dorfman, an infant, etc., against Frank Goldstein.

PER CURIAM. Order reversed, and motion denied, without costs, and without prejudice to renewal upon proper papers. See Weinstein v. Frank, 56 App. Div. 275, 67 N. Y. Supp. 746.

ECKHARD, Appellant, v. GARFIELD NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by George Eckhard against the Garfield National Bank. C. C. Reilly, for appellant. J. J. Adams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EDWARD THOMPSON CO., Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by the Edward Thompson Company against William L. Clark.

PER CURIAM. Motion denied, without costs, on the ground that the interlocutory judgment, appealed from and affirmed by the decision herein, makes provision for the relief sought by this motion.

EDWARD THOMPSON CO., Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by the Edward Thompson Company against Morris W. Hart. No opinion. Motion to dismiss appeal granted, with $10 costs.

In re ELLISON. (Supreme Court, Appellate Division, First Department. November 22, 1901.) In the matter of John E. Ellison. No opinion. Motion to disbar granted.

ELSNER, Appellant, v. FREIWALD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Wolf M. Elsner against Auguste Freiwald. No opinion. Judgment and order affirmed, with costs.

RUMSEY, J., not sitting.

EMPIRE STATE WINE CO., Respondent, v. SARDO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1901.) Action by the Empire State Wine Company against Thomas Sardo. No opinion. Judgment and order affirmed, with costs.

In re ERIE FIRE INS. CO. OF BUFFALO, N. Y. (Supreme Court, Appellate Division, Third Department. December 7, 1901. In the matter of the application of the Erie Fire Insurance Company of Buffalo, N. Y., for orders of this court, etc. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

EVANS, Respondent, v. SIMPSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by Edgar F. Evans against Alice Simpson.

PER CURIAM. Motion granted, unless appellant file papers with clerk within 10 days from service of copy of this order. If the papers are so filed, motion denied.

In re FALLS' ESTATE. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) In the matter of the administration of the estate of John Falls, deceased. Action by Thomas Decker and James Falls, executors, against John Cope and Nancy Duffy. No opinion. Decree (66 N. Y. Supp. 47) unanimously affirmed, with costs.

FARLEY, Respondent, v. STOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by William W. Farley against William H. Stowell. No opinion. Judgment unanimously affirmed, with costs.

FARQUHAR CO., Limited, Respondent, v. TRUESDELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by A. B. Farquhar Co., Limited, against Monroe Truesdell. No opinion. Judgment unanimously affirmed, with costs.

FERENBAUGH v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by Elizabeth Ferenbaugh, as administratrix, etc., of John B. Ferenbaugh, deceased, against the Erie Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered on the nonsuit, with costs.

SPRING and WILLIAMS, JJ., dissent.